

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>              Plaintiff,                       )<br>                                                    )<br>       v.                                          )      2:10-CR-0313-KJD (PAL)<br>                                                    )<br>JAMIE TEICHMAN,                     )<br>                                                    )<br>              Defendant.                  ) | |

### ORDER OF FORFEITURE

This Court found on July 20, 2010, that JAMIE TEICHMAN shall pay a criminal forfeiture money judgment of $2,500,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); traceable to violations of Title 18, United States Code, Sections 1341, 1343, and 1344, conspiracy to commit Mail, Wire, and Bank Fraud, or Title 18, United States Code, Section 1349, a conspiracy to commit such offenses.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JAMIE TEICHMAN a criminal forfeiture money judgment in the amount of $2,500,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

. . .

1 | pursuant to Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section
2 | 981(a)(1)(C); Title 28, United States Code, Section 853; and Title 28, United States Code, Section
3 | 2461(c).

4 | DATED this 11th day of May, 2011.

[signature]

UNITED STATES DISTRICT JUDGE