# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JAMIE TEICHMAN,<br><br>       Defendant. | Case No. 2:10-CR-00313-KJD-PAL<br><br>**ORDER** |

   Before the Court is Defendant Jamie Teichman's Motion for Re-Designation of Prison (#40). This Court, at Defendant's request, originally recommended that Defendant be incarcerated in the Victorville, California facility. Defendant now asks that this Court recommend that Defendant serve his sentence at Lompoc, California. This request is granted and accordingly, the Court recommends that Defendant serves his sentence at Lompoc, California.

   Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion (#40) is **GRANTED**.

   DATED this 29th day of July 2011.

_____
Kent J. Dawson
United States District Judge